# Law Offices of Jan Meyer & Associates, P.C.
**1029 Teaneck Road**
**Second Floor**
**Teaneck, New Jersey 07666**
www.janmeyerlaw.com

**Phone:** (201) 862-9500
**Fax:** (201) 862-9400
**E-Mail:** srubin@janmeyerlaw.com

**Jan Meyer, Esq.** *◇○
----------
**Richard A. Hazzard, Esq.** *◇
**Noah Gradofsky, Esq.** *◇
**Stacy P. Maza, Esq.** *◇
**Richard L. Elem, Esq.** *◇
**Elissa Breanne Wolf, Esq.** *◇
**Solomon Rubin, Esq.** *◇
**Rachael E. Banks, Esq.** *◇
----------
**Of Counsel:**
**Joshua Annenberg, Esq.** *◇

**New York Office:**
50 East 42nd Street
Suite 1809
New York, New York 10017
----------------
**Admitted to Practice:**
New Jersey *
New York ◇
District of Columbia ○
U.S. Supreme Court ○
U.S. Court of Federal Claims ○
U.S. Court of Appeals for the Armed Forces ○
U.S. Court of Appeals for the Federal Circuit ○
-------------------------------------------
PLEASE RESPOND TO OUR NEW JERSEY OFFICE

July 9, 2010

Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

    Re:    Meisels *et. al.* v. Siforov
           10-01591-RTL

Attn:    Clerk of the Court

    This firm represents Plaintiffs in the above-referenced adversary proceeding. We are respectfully requesting an alias summons as the complaint was not served within ten days of the issuance of the initial summons. If you have any questions, do not hesitate to contact the undersigned.

    We thank you for your attention to this matter.

                                Very truly yours,

                                Solomon Rubin