# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In the matter of:

Vladimir Siforov

**Debtor**

Moshe Meisels

**Plaintiff(s)**           Case No.        10-16766  RTL

v.

Vladimir Siforov           Adversary No.    10-1591

**Defendant(s)**

## ALIAS SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk | US Bankruptcy Court<br>402 E State St<br>Trenton, NJ 08608 |
|---|---|

**FILED**
JAMES J. WALDRON, CLERK
JUL 19 2010
U.S. BANKRUPTCY COURT
TRENTON, N.J.
DEPUTY

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address<br>of Plaintiff's Attorney | Jan Meyer & Associates, PC Att: Solomon Rubin<br>1029 Teaneck Rd, 2nd Fl<br>Teaneck, NJ 07666 |
|---|---|

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | US Bankruptcy Court<br>402 E State St<br>Trenton, NJ 08608 | Courtroom<br>#8<br>Date and Time<br>9/1/10 @ 2:00 pm |
|---|---|---|

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

James J. Waldron, Clerk

Date:  July 19, 2010              By:  Wanda Rogers
                                       Deputy Clerk

MEDIATION OF ALL DISPUTES IS ENCOURAGED AND IS AVAILABLE PURSUANT TO D.N.J. LBR 9019-2. THE PRACTITIONER'S GUIDE TO THE MEDIATION PROCESS IS AVAILABLE IN THE BANKRUPTCY COURT CLERK'S OFFICE, IN EACH COURTROOM, AND ON THE COURT'S WEB SITE: www.njb.uscourts.gov. THE GUIDE CONTAINS AN OVERVIEW OF THE MEDIATION PROCESS, SAMPLE FORMS, THE REGISTER OF MEDIATORS AND APPLICABLE LOCAL RULES.