UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

```
------------------------------x
                              :   Chapter 7
In Re:                        :
                              :
VLADIMIR SIFOROV a/k/a        :   Case No. 10-16766-RTL
VLADIMIR N. SIFOROV           :
                              :
      Debtor,                 :
                              :
------------------------------x
                              :   Adversary Proceeding No. 10-1591
MOSHE MEISELS, CHANI MEISELS, :
PREMIER ESTATES NY, INC., RIGHT :
MATCH, LTD., MONROE ESTATES,  :
LTD., CITY POINT PROPERTIES, LTD., :
GILDA ESTATES, LTD. and SIMON :
TOV PROPERTIES, LTD.,         :
                  Plaintiffs, :
                              :
VLADIMIR SIFOROV,             :
                 Defendant.   :
                              :
------------------------------x
```

## APPLICATION FOR ENTRY OF DEFAULT

TO:   HONORABLE RAYMOND T. LYONS
      UNITED STATES BANKRUPTCY JUDGE

Moshe Meisels, Chani Meisels, Premier Estates NY, Inc., Right Match, Ltd., Monroe Estates, Ltd., City Point Properties, Ltd., Gilda Estates, Ltd. and Simon Tov Properties, Ltd., ("Plaintiffs"), by and through their attorneys, Law Offices of Jan Meyer & Associates, P.C., hereby files and serves this Application for the entry of a default pursuant to Fed. R. Civ. P. 55(a), Fed. R. Bankr. Pro. 7055(a), and D.N.J. LBR 7055(a), and shows unto the Court the following:

1. On or about May 5, 2010, Plaintiffs filed the within adversary proceeding against Debtor/Defendant Vladimir Siforov ("Defendant") Seeking to Determine the Non-Dischargeability of Debt. ("Complaint").

2. On or about July 19, 2010, Defendant was served with the Summons, copy of the Complaint, and Notice of Pretrial Conference via first class mail, postage prepaid. Defendant was also served via first class mail, postage prepaid to his attorney, Timothy P. Neumann, Esq. A Certificate of Service was filed as Court Doc. 7. Neither mailing was returned to the sender.

3. Defendant has failed to plead or otherwise defend within the allowed time, and that time has now run.

4. Defendant has not requested nor has been granted an extension of time to plead or otherwise defend.

WHEREFORE, Plaintiffs Moshe Meisels, Chani Meisels, Premier Estates NY, Inc., Right Match, Ltd., Monroe Estates, Ltd., City Point Properties, Ltd., Gilda Estates, Ltd. and Simon Tov Properties, Ltd., hereby respectfully requests that the Clerk of the Bankruptcy Court enter a default pursuant to Fed. R. Civ. P. 55(a), Fed. R. Bankr. Pro. 7055(a), and D.N.J. LBR 7055-1(a), in the above-captioned adversary proceeding against Defendant Vladimir Siforov.

Law Offices of Jan Meyer & Associates, P.C.

　/s/ Solomon Rubin　
1029 Teaneck Road, 2nd Floor
Teaneck, NJ 07666
Telephone: (201) 862-9500
Facsimile: (201) 862-9400
SRubin@janmeyerlaw.com

Dated: August 31, 2010

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                      :    Chapter 7
In Re:                                :
                                      :
VLADIMIR SIFOROV a/k/a                :    Case No. 10-16766-RTL
VLADIMIR N. SIFOROV                   :
                                      :
    Debtor,                           :
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                      :    Adversary Proceeding No. 10-1591
MOSHE MEISELS, CHANI MEISELS,         :
PREMIER ESTATES NY, INC., RIGHT       :
MATCH, LTD., MONROE ESTATES,          :
LTD., CITY POINT PROPERTIES, LTD.,    :
GILDA ESTATES, LTD. and SIMON         :
TOV PROPERTIES, LTD.,                 :
                    Plaintiffs,       :
                                      :
VLADIMIR SIFOROV,                     :
                    Defendant.        :
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

**DECLARATION OF SOLOMON RUBIN IN SUPPORT OF DEFAULT**

SOLOMON RUBIN declares, pursuant to the provisions of 28 U.S.C. § 1746;

1. I am the attorney for the Plaintiffs, Moshe Meisels, Chani Meisels, Premier Estates NY, Inc., Right Match, Ltd., Monroe Estates, Ltd., City Point Properties, Ltd., Gilda Estates, Ltd. and Simon Tov Properties, Ltd., ("Plaintiffs") in the above-captioned adversary proceeding.

2. On or about March 9, 2010, the Debtor Vladimir Siforov ("Debtor") filed a voluntary Chapter 7 bankruptcy petition (the "Petition Date") in the United States Bankruptcy Court for the District of New Jersey.

3. On or about May 5, 2010, Plaintiffs filed the within adversary proceeding against Debtor/Defendant Vladimir Siforov ("Defendant") Seeking to Determine the Non-Dischargeability of Debt. ("Complaint").

4. On or about July 19, 2010, Defendant was served with the Summons, copy of the Complaint, and Notice of Pretrial Conference via first class mail, postage prepaid. Defendant was also served via first class mail, postage prepaid to his attorney, Timothy P. Neumann, Esq. A Certificate of Service was filed as Court Doc. 7. Neither mailing was returned to the sender.

5. Defendant has failed to plead or otherwise defend within the allowed time, and that time has now run.

6. Defendant has not requested nor has been granted an extension of time to plead or otherwise defend.

WHEREFORE, Plaintiffs Moshe Meisels, Chani Meisels, Premier Estates NY, Inc., Right Match, Ltd., Monroe Estates, Ltd., City Point Properties, Ltd., Gilda Estates, Ltd. and Simon Tov Properties, Ltd. hereby respectfully request the entry of default against Defendant Vladimir Siforov.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, belief and information.

Law Offices of Jan Meyer & Associates, P.C.

/s/ Solomon Rubin
1029 Teaneck Road, 2nd Floor
Teaneck, NJ 07666
Telephone: (201) 862-9500
Facsimile: (201) 862-9400
SRubin@janmeyerlaw.com

Dated: August 31, 2010

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In Re: | Chapter 7 |
| VLADIMIR SIFOROV a/k/a VLADIMIR N. SIFOROV | Case No. 10-16766-RTL |
| *Debtor*, |  |
| MOSHE MEISELS, CHANI MEISELS, PREMIER ESTATES NY, INC., RIGHT MATCH, LTD., MONROE ESTATES, LTD., CITY POINT PROPERTIES, LTD., GILDA ESTATES, LTD. and SIMON TOV PROPERTIES, LTD., | Adversary Proceeding No. 10-1591 |
| Plaintiffs, |  |
| VLADIMIR SIFOROV, |  |
| Defendant. |  |

## ENTRY OF DEFAULT

Default of Vladimir Siforov ("Defendant") in the above captioned adversary proceeding is hereby entered on the record pursuant to Fed. R. Civ. P. 55(a), Fed. R. Bankr. Pro. 7055(a), and D.N.J. LBR 7055-1(a), based upon proof that:

(i) A complaint was properly served on the Defendant;

(ii) Defendant has failed to plead or otherwise respond in the allowed time; and

(iii) The time to plead or otherwise defend has expired.

JAMES J. WALDRON, CLERK
UNITED STATES BANKRUPTCY COURT