UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

Case No.: _____

Adv. No.: _____

vs.

Hearing Date: _____

Judge: _____

Recommended Local Form:  ❏ Followed  ❏ Modified

## ENTRY OF DEFAULT

It appearing that the following defendant(s) failed to plead or otherwise defend in this proceeding as required by law:

THEREFORE, default is entered against said defendant(s) as authorized by Fed. R. Bank. P. 7055.

Dated: _____                    _____

JAMES J. WALDRON, Clerk

*Rev. 7/1/04; jml*