Law Offices of Jan Meyer & Associates, P.C.
1029 Teaneck Road
Second Floor
Teaneck, New Jersey 07666
(201) 862-9500
Attorneys for Plaintiffs



FILED
JUN 24 2009
CHAMBERS OF
FRANK A. BUCZYNSKI, JR., P.J. Ch
SUPERIOR COURT OCEAN COUNTY

| | |
|---|---|
| Moshe Meisels, Chanie Meisels, Right Match, Ltd., Monroe Estates, Ltd., City Point Properties, Ltd., Gilda Estates, Ltd., Simon Tov Properties, Ltd., and Premier Estates NY, Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> Eli Weinstein, Simcha Shain, Sandra Brown, Pine Projects, LLC, Pine Projects Management, LLC, Benjamin Hager, Esq., Mallow, Konstam & Hager, P.C., HDW 2005, LLC, Vladimir Siforov, SIF Transportation, Inc., Yosef Krohn, Meir Taouzer, Michael I. Bernstein, Esq., Michael I. Bernstein, P.A., Israel Pollak a/k/a Yisroel Pollak, Alan Pollak a/k/a Yehuda Pollak, Goldstein Charity Fund, Inc., New Hempstead Terrace LLC, John Does (1-10) and John Does (11-20), <br><br> Defendants. | SUPERIOR COURT OF NEW JERSEY <br> CHANCERY DIVISION: OCEAN COUNTY <br><br> Docket No.: C-14-09 <br><br> Civil Action <br><br> Hon. Frank A. Buczynski, Jr. <br><br> **FINAL JUDGMENT BY DEFAULT** <br><br> J 167742-09 |

The Defendant, Vladimir Siforov, having been duly served with process and a copy fo the complaint in the above-entitled action, and having been defaulted for failure to answer, appear or otherwise move as to the Complaint, and Defendant, Vladimir Siforov not being a minor or incapacitated person; and the Court having conducted a proof hearing on June 19, 2009, and for good cause;

# Exhibit A

FINAL JUDGMENT is on this 24TH day of June 2009, signed and entered in the sum of $20,000,000 in compensatory damages and $2,500,000 in punitive damages, with costs, in favor of the Plaintiffs Moshe Meisels, Chanie Meisels, Right Match, Ltd., Monroe Estates, Ltd., City Point Properties, Ltd., Gilda Estates, Ltd., Simon Tov Properties, Ltd., and Premier Estates NY, Inc. and against the Defendant Vladimir Siforov.

_____
Hon. Frank A. Buczynski, Jr., P.J. Ch.

FRANK A. BUCZYNSKI JR. P.J. Ch