```
                                                                            1

 1                            SUPERIOR COURT OF NEW JERSEY
                              CHANCERY DIVISION - CIVIL PART
 2                            OCEAN COUNTY, DOCKET NO. C-14-09

 3

 4   MOSHE MEISELS, CHANIE         )     TRANSCRIPT
     MEISELS, RIGHT MATCH,         )         OF
 5   LTD., MONROE ESTATES,         )     PROOF HEARING
     LTD., CITY POINT              )
 6   PROPERTIES, LTD., GILDA       )
     ESTATES, LTD., SIMON TOV      )
 7   PROPERTIES, LTD., and         )
     PREMIER ESTATES NY, INC.      )
 8                                 )
              Plaintiffs,          )
 9                                 )
           vs.                     )
10                                 )
     ELI WEINSTEIN, SIMCHA         )
11   SHAIN, SANDRA BROWN, PINE     )
     PROJECTS, LLC, PINE           )
12   PROJECTS MANAGEMENT, LLC,     )
     BENJAMIN HAGER, ESQ.,         )
13   MALLOW, KONSTAM & HAGER,      )
     P.C., HDW 2005, LLC,          )
14   VLADIMIR SIFOROV, SIF         )
     TRANSPORTATION, INC.,         )
15   YOSEF KROHN, MEIR TAOUZER,    )
     MICHAEL I. BERNSTEIN,         )
16   ESQ., MICHAEL I.              )
     BERNSTEIN, P.A., ISRAEL       )
17   POLLAK a/k/a YISROEL          )
     POLLAK, ALAN POLLAK a/k/a     )
18   YEHUDA POLLAK, GOLDSTEIN      )
     CHARITY FUND, INC., NEW       )
19   HEMPSTEAD TERRACE, LLC,       )
     JOHN DOES (1-10) and JOHN     )
20   DOES (11-20),                 )
                                   )
21            Defendants.          )

22
                         PLACE:  Ocean County Courthouse
23                               120 Hooper Avenue
                                 Toms River, New Jersey 08753
24
                         DATE:   June 19, 2009
25
```

Exhibit B

## Page 2

BEFORE:
HON. FRANK A. BUCZYNSKI, JR., P.J. Ch.
TRANSCRIPT ORDERED BY:
JOSEPH NEAPOLITAN (Greenberg, Dauber, Epstein & Tucker, Esqs.)

APPEARANCES:

SOLOMON RUBIN, ESQ. (Law Offices of Jan Meyer & Associates, P.C.)
Attorney for the Plaintiffs

Transcriber:
Colleen M. Vaughn, C.C.T.
SHORE REPORTING SERVICE, P.C.
29 Tobago Avenue
Toms River, NJ 08753
Recording Operator:
Carolyn Tweed

## Page 3

INDEX

WITNESS FOR PLAINTIFF
NAME           DIRECT
MOSHE MEISELS     6

COURT'S RULING   26

| EXHIBITS | | Ident. | Evid. |
|---|---|---|---|
| P-1 | Sales Agreement | 7 | |
| P-2 | Copy of check | 8 | |
| P-3 | Certification of Michael Bernstein, Esq. | 9 | |
| P-4 | Agreement | 10 | |
| P-5 | Agreement | 11 | |
| P-6 | Deed | 12 | |
| P-7 | Agreement | 18 | |
| P-8 | Agreement | 19 | |
| P-9 | Operating Agreement | 20 | |
| P-10 | Wire Exchange | 21 | |

## Page 4

1  MR. RUBIN: Solomon Rubin of the Law Office of
2  Jan Meyer, for the Plaintiff.
3      THE COURT: All right, Mr. Rubin, are you ready
4  to proceed with a hearing, this hearing against the
5  defaulting defendants?
6      MR. RUBIN: Yes.
7      THE COURT: All right. I'm going to take the
8  testimony, but do you have any affidavits of service or
9  proof of service with you today? If not, or affidavit of
10 non-military service? If any of that, submit that at a
11 later date after you finish your testimony today.
12     MR. RUBIN: I have with me the non-military
13 service, which I previously submitted.
14     THE COURT: All right.
15     MR. RUBIN: That too.
16     THE COURT: That's fine. We still have that
17 with the Court. And then you did serve, you did mail those
18 to your adversary?
19     MR. RUBIN: Yes. I, unfortunately, don't have
20 proof of service of that.
21     THE COURT: Well, you will submit that by
22 follow-up affidavit. In the meanwhile, I'll take your,
23 I'll take the witness' testimony. Okay?
24     MR. RUBIN: Okay.
25     THE COURT: Is there anybody here to be heard on

## Page 5

1  behalf of the absentee defendants?
2      MR. RUBIN: No, Judge.
3      THE COURT: All right. Okay. Very well. You
4  may come forward, please. If you would affirm. You don't
5  have to place your hand on the Bible. Do you affirm to
6  tell the truth before this Court?
7  MOSHES    MEISELS, PLAINTIFF'S WITNESS,
8  AFFIRMED.
9      THE WITNESS: Yes, your Honor.
10     THE COURT: Your name, sir?
11     THE WITNESS: Moshes Meisels.
12     THE COURT: Please have a seat. Would you spell
13 your last name, for the record?
14     THE WITNESS: M-e-i-s-e-l-s.
15     THE COURT: How do you pronounce it?
16     THE WITNESS: Meisels.
17     THE COURT: Meisels. Okay, Mr. Meisels. All
18 right, good afternoon. Counsel, you may proceed.
19     MR. RUBIN: First I'm going to do for Taouzer
20 and then for Siforov.
21     THE COURT: That would be fine.
22     MR. RUBIN: Also, I would just want to rest on
23 the Certification of Michael Bernstein who was previously
24 filed with this case just for the fact that the security
25 deposit was never actually deposited.

**Page 6**

1   THE COURT: I'm sorry?
2   MR. RUBIN: Certification of Michael Bernstein
3   previously filed, I wanted to submit it and have judicial
4   notice of it and the fact --
5   THE COURT: If you want to mark it for
6   identification that would be fine.
7   DIRECT EXAMINATION BY MR. RUBIN:
8   Q.   Did you ever meet Meir Taouzer?
9   A.   Yes.
10  Q.   And when did you meet him?
11  A.   In June '07.
12  Q.   Where did you meet him?
13  A.   At, in Lakewood in offices in cross street, 805 cross
14  street of Mr. Weinstein's offices.
15  Q.   What did he look like?
16  A.   Shortish man, with jeans on, whitish hair, looked in
17  his fifties, late fifties, sixties.
18  Q.   And why did you meet him?
19  A.   He proved that he was buying the property, as the
20  buyer of the property which we're selling to him.
21  Q.   And who else was at the meeting?
22  A.   Mr. Weinstein.
23  Q.   I'm going to show you a document. Do you
24  recognize this document?
25  A.   Yes.

**Page 7**

1   Q.   And what is it?
2   A.   This is a contract agreement between Mr. Weinstein and
3   Mr. Taouzer, Meir Taouzer.
4   MR. RUBIN: Your Honor --
5   THE COURT: Could we mark that as P-1, please?
6   Counsel, would you hand it to my clerk? Do you have
7   multiple copies? That's great. You can show the witness
8   the marked document and provide me with a copy so I could
9   follow along.
10  (Sales Agreement marked for identification and marked
11      Exhibit P-1.)
12  BY MR. RUBIN:
13  Q.   And who signed the document as the buyer?
14  A.   Mr. Taouzer.
15  Q.   And who signed it as seller?
16  A.   Mr. Weinstein.
17  Q.   And who signed it as escrow agent?
18  A.   Mr. Bernstein.
19  THE COURT: All right. Now, let me just make
20  sure this is right. The managing, Mr. Weinstein signed it
21  as a managing partner for Riverside Place, Ltd. Correct?
22  MR. RUBIN: Yes.
23  THE WITNESS: Yes.
24  THE COURT: And Mr. Taouzer signed this as the
25  manager on behalf of KLI Investment. Correct?

**Page 8**

1   MR. RUBIN: Yes.
2   THE WITNESS: Yes.
3   THE COURT: And the escrow agent would be Mr.
4   Bernstein, President of Michael Bernstein, P.A., a Florida
5   corporation. Correct?
6   MR. RUBIN: Yes.
7   THE COURT: Okay.
8   BY MR. RUBIN:
9   Q.   And do you recognize this document?
10  A.   Yes.
11  Q.   And what is it?
12  A.   This was the deposit that was given by Mr. Taouzer for
13  the purchase of the property.
14  MR. RUBIN: Could we have it entered as P-2?
15  THE CLERK: P-2.
16  (Copy of $2,500,000 check is marked for identification and
17      marked Exhibit P-2.)
18  BY MR. RUBIN:
19  Q.   And who gave this document to you marked as P-2?
20  A.   Mr. Weinstein.
21  Q.   And did you discuss it with Mr. Taouzer?
22  A.   Yes.
23  Q.   And did he tell you it was a deposit?
24  A.   Yes.
25  Q.   Do you see the date on the check?

**Page 9**

1   A.   Yes.
2   Q.   And what date would that be?
3   A.   13th of March '07.
4   Q.   And when did you speak to Mr. Taouzer about
5   this?
6   A.   In around about June.
7   Q.   And did you speak to Michael Bernstein about
8   this?
9   A.   Yes.
10  Q.   Where were you?
11  A.   At the meeting.
12  Q.   And where was Mr. Bernstein?
13  A.   In his offices.
14  Q.   And did you discuss the security, the deposit
15  with Mr. Bernstein?
16  A.   Yes.
17  Q.   And did he say anything, did he say anything
18  about the deposit, for him holding a deposit?
19  A.   Yes.
20  MR. RUBIN: Your Honor, I want to introduce P-3,
21  a Certification of Michael Bernstein, the same letter.
22  THE WITNESS: This was in a telephone
23  conversation with Mr. Bernstein.
24  THE COURT: P-3.
25  (Certification of Michael Bernstein, dated 3/20/07 is

## Page 10

1 received for identification and marked Exhibit P-3.)
2 BY MR. RUBIN:
3   Q.  Now, do you recognize this document?
4   A.  Yes.
5   Q.  And what is it?
6   A.  This was the agreement for the property that we
7 entered into in Florida, Miami Beach. Miami.
8   Q.  It was to --
9       MR. RUBIN: Judge, can I mark it as P-4?
10      THE COURT: What is that? The only thing I ask
11 you is to keep your voice up. You're very faint.
12      THE WITNESS: I'm sorry.
13      THE COURT: That's okay. P-4, what is that?
14 Counsel, will you pass the report marked as P-4?
15      MR. RUBIN: We sent --
16      THE COURT: I'm sorry. Exhibit C is now P what?
17      THE CLERK: Four.
18      THE COURT: Great. Thank you.
19 (Agreement is marked for identification and marked Exhibit
20          P-4.)
21 BY MR. RUBIN:
22   Q.  And we say P-4 is?
23   A.  P-4 is the agreement between Mr. Weinstein and myself
24 for the property at 230 Southwest Third Street in Miami,
25 the Riverside properties.

## Page 11

1   Q.  And how much does it say the sales price?
2   A.  25 --
3   Q.  No. The purchase price that you paid for your
4 interest.
5   A.  What I put in three and a half million.
6   Q.  And do you recognize this document?
7   A.  Yes.
8   Q.  And what is it?
9   A.  This was the agreement between Eli Weinstein and
10 myself.
11  Q.  And does it address Riverside?
12  A.  Yes.
13  Q.  Which would be the same property as in the
14 prior --
15  A.  Same property.
16  Q.  How much does it say you invest towards that
17 property?
18  A.  Three and a half million dollars.
19      MR. RUBIN: Your Honor, I would just ask that be
20 marked P-5.
21      THE COURT: P-5.
22 (Agreement is received for identification and marked P-5.)
23 BY MR. RUBIN:
24  Q.  It was -- was Meir Taouzer via KLI Investment
25 really planning on buying the property?

## Page 12

1   A.  No.
2   Q.  When did that come -- I'm sorry. Do you
3 recognize this?
4   A.  Yes, I recognize it.
5   Q.  And what is it?
6   A.  This was a deed what he should have paid for it.
7   Q.  Well, who paid for it?
8   A.  Mr. Weinstein paid for it. Yes.
9       MR. RUBIN: I'd like to enter as P-6.
10      THE COURT: P-6.
11 (Deed is received for identification and marked Exhibit
12          P-6.)
13 BY MR. RUBIN:
14  Q.  Now, the original contract that you showed us
15 P-1 with Weinstein was going to purchase the property for
16 25 million dollars. Was Meir Taouzer via KLI really going
17 to purchase the property?
18  A.  No.
19  Q.  How do you know that?
20  A.  Because this was the, this was the sort of pattern
21 that Mr. Weinstein, he used people that they should be in
22 front of, they should be on the face of it, that I should
23 be enticed to see that there is a buyer, a purchaser, but
24 he wasn't -- it wasn't a genuine purchase and, in fact, it
25 was -- it showed from -- if the actual found out that the

## Page 13

1 property was only bought for three million or what we know
2 three million dollars, how come it's being sold at 25
3 million dollars? It sounded quite absurd.
4       MR. RUBIN: Judge, we move for judgment against
5 Taouzer of the deed that we entered as P-6 in the case that
6 he paid 3.4 mill, Weinstein paid 3.4 million dollars for
7 the property. It's implausible that there was really a
8 contract to sell it for 25 million dollars. Further --
9       THE COURT: I don't know that it's implausible.
10 First of all, I'm just looking at the sale purchase
11 agreement as between Riverside Place, Ltd. and Gayle Buying
12 Investments.
13      MR. RUBIN: Yes.
14      THE COURT: The agreement calls for jurisdiction
15 and venue and says any suit involving any dispute or matter
16 arising out of this agreement or relating to the
17 organization or operation of the company may want to be
18 brought in the 11th Judicial Circuit Court of Miami, Dade
19 County, having jurisdiction over the subject county for
20 dispute or matter. All parties hereto consent to
21 exercising personal jurisdiction with respect to any such
22 proceeding and waive any objection to venue, and at least
23 as to this issue all the parties seem to be covered in
24 court that during the course of this agreement is in
25 Florida.

## Page 14

1  MR. RUBIN: But Plaintiff is not a party to that
2  agreement.
3      THE COURT: I understand that.
4      MR. RUBIN: The agreement to sell was done to
5  perpetuate a fraud because in a real contract, the
6  seller --
7      THE COURT: I understand. I want you to be
8  aware, I just want you to be aware of that.
9      What are you asking the Court now?
10     MR. RUBIN: The three and a half, the three and
11 a half million dollars that my client paid.
12     THE COURT: Which is for in payment as evidenced
13 in --
14     MR. RUBIN: P-4, I believe.
15     THE COURT: P-4.
16     MR. RUBIN: As well punitive damages.
17     THE WITNESS: P-5.
18     THE COURT: P-4. And clearly, Mr. Weinstein is
19 in Lakewood.
20     MR. RUBIN: Yes.
21     THE COURT: So you have jurisdiction. This is
22 the agreement. He pays three million for this property,
23 and what is the --
24     MR. RUBIN: Three and a half million.
25     THE COURT: Three and a half. And what's the

## Page 15

1  suggestion?
2      MR. RUBIN: Of what, about punitive?
3      THE COURT: No. About damages. You were --
4      MR. RUBIN: Three and a half million dollars,
5  three and a half million dollars is the amount my client
6  paid, plus we'd like punitive damages of $500.
7      THE COURT: And you paid this money for
8  property?
9      MR. RUBIN: Yes, but it was paid under the
10 assumption there was a real transaction with, where my
11 client could recover his money when the property is
12 ultimately sold to Taouzer.
13     THE COURT: Well, I understand that, but the
14 basis, he has to tell me the basis for this. In other
15 words, I need him to tell me why he suffered three and a
16 half million dollars damage. What did not occur that he
17 thought was going to occur?
18     THE WITNESS: First of all, I was supposed to
19 get seven million dollars from the three and a half and
20 another three and a half million dollars, which I didn't
21 receive.
22     THE COURT: You didn't receive?
23     THE WITNESS: No.
24     THE COURT: Okay. Go ahead.
25     MR. RUBIN: Well, because obviously if this was

## Page 16

1  a real contract the seller would have insisted on the
2  security deposit being deposited and -- well, the deposit.
3  I mean there was no deposit money ever deposited. So it
4  was obvious it was a sham transaction, in which case his --
5  my client clearly said but per Taouzer representation that
6  it was a contract, he wanted to invest in three and a half
7  million dollars.
8      THE COURT: But that has to come from your
9  client, not from you.
10     MR. RUBIN: I'm sorry. I thought he did say
11 that. I was just summarizing.
12 BY MR. RUBIN:
13     Q. If Taouzer didn't represent that he was going to
14 buy the property, would you have invested three and a half
15 million dollars in this transaction?
16     A. No.
17     Q. So, therefore, the only reason you made this
18 investment was because Taouzer made his representation to
19 you?
20     A. Yes. And I also with the money that I, if I may
21 interrupt, I borrowed money and I gave security for these,
22 for this money in London and the properties were taken
23 away, were foreclosed, so I suffered major damages.
24     THE COURT: Go ahead. You may continue.
25     MR. RUBIN: I just don't know what further the

## Page 17

1  Court wants.
2      THE COURT: Well, it's up to you. If that's
3  your case, that's fine. What else do you want to present
4  to the Court?
5      MR. RUBIN: That was on Taouzer. Siforov next.
6      THE COURT: That's against Meir Taouzer.
7  Correct?
8      MR. RUBIN: Yes.
9      THE COURT: Or KLI Investment?
10     MR. RUBIN: Yes.
11     THE COURT: Are you looking to go against Mr.
12 Meir individually or the Florida corporation?
13     MR. RUBIN: Against him individually. There's
14 no limited liability for fraud, so and I don't believe KLI
15 Investment ever was really a requirement of the (inaudible)
16 like the agreement says.
17     THE COURT: Makes it even better for the
18 Plaintiff.
19     MR. RUBIN: Right. And I checked online. It
20 wasn't there.
21 BY MR. RUBIN:
22     Q. Do you recognize this document?
23     A. This?
24     THE COURT: What marking is that?
25     MR. RUBIN: P-7.

## Page 18

1  THE CLERK: P-7. It's not marked yet.
2  BY MR. RUBIN:
3  Q. Do you recognize this document?
4  A. Yes.
5  Q. What is it?
6  A. This was agreement, operating agreement between Mr.
7  Weinstein and myself for the property in Wildwood.
8  MR. RUBIN: Judge, could I mark it P-7, I guess?
9  (Agreement is received for identification and marked
10  Exhibit P-7.)
11  BY MR. RUBIN:
12  Q. And how much does the document indicate you
13  invested in Wildwood?
14  A. Ten million dollars.
15  Q. In this particular paragraph --
16  A. Page, page five, paragraph 8.
17  Q. Do you recognize these documents?
18  A. Yes.
19  Q. And what are they?
20  A. This is the monies were transferred to buy Cambridge
21  Mercantile from my lawyers to Cambridge Mercantile and from
22  Cambridge Mercantile to Mr. Hager's account, the
23  solicitor's account, this company Cambridge Mercantile.
24  THE COURT: That marking P-8?
25  THE CLERK: P-8, yes, your Honor.

## Page 19

1  (Agreement received for identification and marked Exhibit
2  P-8.)
3  BY MR. RUBIN:
4  Q. And how much do these sheets indicate you paid
5  for Wildwood?
6  A. Well, from these sheets it shows five, over five
7  million and another three, totaling four million, 4.3, 5.2,
8  5.5, 5.8, well over, over five million dollars, but there
9  was other monies.
10  Q. Where did the other monies come from?
11  A. From other deals.
12  Q. Did you, did you give properties --
13  A. Yes.
14  Q. -- for Wildwood?
15  A. Yes.
16  Q. And who did you go with?
17  A. With Mr. Siforov and Mr. Weinstein, was driven by Mr.
18  Frankel who is Mr. Weinstein's driver.
19  Q. Did Siforov tell you he was going to purchase
20  the properties?
21  A. Yes.
22  Q. From you and Weinstein, Mr. Weinstein?
23  A. Yes.
24  Q. Yes. And without that representation, would you
25  have invested in these properties?

## Page 20

1  A. No.
2  Q. Was Siforov's representation true?
3  A. No.
4  Q. And how do you know that?
5  A. Well, as this is also one of the things which Mr.
6  Weinstein used to use Mr. Siforov to be a face in front of
7  a deal which never transpired.
8  Q. And do you recognize this document?
9  A. Yes.
10  Q. What is it?
11  A. This is an operating agreement on another property
12  which I entered into with Mr. Weinstein for a property in
13  New Hampshire.
14  MR. RUBIN: Could I mark it P-9?
15  (Operating agreement is received for identification and
16  marked Exhibit P-9.)
17  BY MR. RUBIN:
18  Q. And how much did you invest in this property?
19  A. Ten million dollars, around ten million dollars.
20  Q. And do you recognize this document?
21  A. Yes.
22  Q. And what are they?
23  A. These are the wire confirmations from Meisels to which
24  was sent to Cambridge Mercantile and Cambridge sent it over
25  to Mr., Mr. Hager's account, Mallow, Konstam, Hager.

## Page 21

1  MR. RUBIN: Enter it as P-10, I guess.
2  (Wire exchange is received for identification and marked
3  Exhibit P-10.)
4  BY MR. RUBIN:
5  Q. And how much did you, how much did you
6  contribute towards this property? Where was the property
7  located first?
8  A. In New Hampshire.
9  Q. And how much did you contribute to this
10  property?
11  A. Ten million dollars.
12  Q. Did, did Vladimir Siforov tell you he was going
13  to buy this property as well from you and Weinstein?
14  A. Yes.
15  Q. Without that representation, would you have
16  invested the money with Weinstein?
17  A. No.
18  Q. And was the representation true?
19  A. No.
20  Q. And how do you know that?
21  A. As he was also on, he was used on various, to be used
22  for that as a purchaser, that I should be enticed to buy it
23  when I saw purchaser there, but he wasn't, he didn't have
24  any intention of buying it.
25  Q. Did any of the transactions cited with Weinstein

### Page 22

1  when he represented there was a purchaser, ever close?
2  A. No.
3  Q. And were there any other properties in which
4  Siforov was also a buyer, purported buyer?
5  A. Didn't.
6  Q. But were there any properties where he was
7  claiming to be a buyer?
8  A. Yes.
9  Q. Which ones?
10 A. In Arizona and the one in Wildwood.
11 Q. Okay. Did you ever get back any money that was
12 directly explained as being from Wildwood or as explained
13 to these particular investments?
14 A. No.
15 Q. So you're basically out ten millions dollars
16 because of that?
17 A. Yes.
18    MR. RUBIN: And I have nothing further, Judge.
19    THE COURT: So it's ten million dollars on this
20 deal and three and a half million on the other deal?
21    THE WITNESS: And then Wildwood as well.
22    THE COURT: Yes.
23    THE WITNESS: And then, and then three and a
24 half million for the Riverside.
25    MR. RUBIN: Florida was, was three and a half.

### Page 23

1  It was ten each for Wildwood and, ten each for Wildwood and
2  on Jean Mescus (phonetic).
3    THE COURT: Thank you.
4    MR. RUBIN: Thank you, Judge. Submit.
5    THE COURT: Do you have the form of Order?
6    MR. RUBIN: I have --
7    THE COURT: You may step down, sir.
8    THE WITNESS: I should -- should I stand up?
9    THE COURT: Well, I don't know if he's going to
10 have you -- you want the witness to remain on the witness
11 stand?
12    MR. RUBIN: No, no. Step down.
13    THE COURT: You may step down for a moment.
14    THE WITNESS: Thank you, your Honor.
15    THE COURT: All right. Let me hear you,
16 Counsel. As to the Judgment against Meir Taouzer, how much
17 of the damages are supported by documents in evidence?
18    MR. RUBIN: Three and a half million dollars,
19 plus punitive which doesn't lend itself to mathematical
20 calculations.
21    THE COURT: But three and a half million on the
22 Taouzer matter?
23    MR. RUBIN: Yes.
24    THE COURT: Okay. On the matter as against
25 Vladimir Siforov?

### Page 24

1    MR. RUBIN: 20 million dollars.
2    THE COURT: Off the record.
3    (Off the record discussion.)
4    THE COURT: All right. So it was as against
5  Meir Taouzer three and a half million. As against --
6    MR. RUBIN: Vladimir Siforov.
7    THE COURT: Is 20 million?
8    MR. RUBIN: Yes.
9    THE COURT: Now, the issue then becomes
10 punitive.
11   MR. RUBIN: Yes.
12   THE COURT: I know there's an argument that
13 there's been a breach of the contract, clearly no doubt.
14 Representations were made. He submitted his money and
15 there is a damage as a result of the breach of that
16 agreement. The question then becomes the evidence before
17 the Court to suggest fraud. There's a breach. What
18 evidence do I have to, to infer punitive damages under the
19 circumstances?
20   MR. RUBIN: Well with regard to Taouzer, it's
21 clear the contract was fake. Because again, it's, the deed
22 we entered into evidence shows Weinstein paid to represent
23 the Riverside Place, 3.4 million dollars for the property
24 and the purported contract was for 25 million. That's
25 implausible that somebody would have paid that for a

### Page 25

1  contract. The deed itself actually doesn't state 3.4. It
2  says $10 and other consideration, but it could be -- that's
3  the way they work things in Florida. You can tell that it
4  was 3.4 based on the amount of taxes paid of $15,300 and
5  actually cited the statute as to tax.
6     And if they were, if Weinstein actually planned
7  on selling the property to Taouzer, then he got check not
8  certified for two and a half million dollars in March of
9  '07. My client spoke three months later and at that point
10 Weinstein, if it was a legitimate seller has told the
11 buyer, hey, why don't we actually give the real money. The
12 money was never cashed.
13    THE COURT: I don't have a problem with the
14 damage, the compensatory damages as a result of breach of
15 contract. The question is the punitive aspect. How are we
16 going to -- what is the punitive nature of all this, I
17 guess?
18    MR. RUBIN: Well, punitive isn't really -- I
19 mean, first of all, fraud. It's not just breach of
20 contract. It's fraud and clear misrepresentation. To
21 punitive, I don't think there's a mathematical formula you
22 could pick. It's how much is enough to punish somebody to
23 inhibit future conduct of that kind. That's what punitive
24 damage is for. So it's not like I could give mathematical
25 like some precise calculation of punitive.

## Page 26

1 THE COURT: All right. What I need though on
2 the Final Judgments will be, Final Judgment will be in the
3 amount of plus punitive damages. Okay. It's going to have
4 two figures in it for a total of. Okay?
5     MR. RUBIN: Yes.
6     THE COURT: As to the, as to Meir Taouzer, it
7 will be 3500 -- three and a half million dollar Judgment
8 with punitive damages of, of two and a half million dollars
9 and the Judgment against Mr. Siforov it will be, Final
10 Judgment will be for 20 million dollars plus an additional
11 two and a half million dollars punitive damages.
12     THE COURT: Okay. Submit a final Order.
13     MR. RUBIN: I should -- okay. Thank you, Judge.
14     THE COURT: Thank you. Good luck.
15     Now, understand though that even though these
16 Judgments are being submitted, there is -- it's conceivable
17 that the Defendant may move to set aside these Judgments
18 because they're Judgments by default. I don't know why the
19 individual is not enhanced at these pleadings. They should
20 have. However, the Courts in New Jersey look to try the
21 issues on the merits, and if there is a legitimate reason
22 for some reason they weren't done, I don't know why they
23 would be, the Court has to consider that, but there's a
24 certain agreement. So I have these litigants before me and
25 we could test what's going on with cross examination.

## Page 27

1     MR. RUBIN: Thank you, Judge.
2     THE COURT: Thank you. Submit me a form of
3 Order. Have a good day.
4     THE WITNESS: Thank you very much.
5         (Tape off)
6             *   *   *

## Page 28

1                 CERTIFICATION
2
3     I, COLLEEN M. VAUGHN, the assigned transcriber,
4 do hereby certify the foregoing transcript of proceedings
5 on tape number FAB 182-09, index number from 2 to 1770, is
6 prepared in full compliance with the current Transcript
7 Format for Judicial Proceedings and is a true and accurate
8 non-compressed transcript of the proceedings as recorded.
9
10
11 COLLEEN M. VAUGHN, C.C.T.        AOC Number
12
13 SHORE REPORTING SERVICE, P.C.    6.29.09
14 Agency Name                      Date

Case 10-01591-RTL   Doc 10-3   Filed 09/07/10   Entered 09/07/10 18:25:44   Desc
Exhibit B   Transcript of Proof Hearing   Page 9 of 13
29

### A

absentee 5:1
absurd 13:3
account 18:22,23
   20:25
accurate 28:7
actual 12:25
additional 26:10
address 11:11
adversary 4:18
affidavit 4:9,22
affidavits 4:8
affirm 5:4,5
AFFIRMED 5:8
afternoon 5:18
Agency 28:14
agent 7:17 8:3
agreement 3:12,16
   3:17,19,20,21 7:2
   7:10 10:6,19,23
   11:9,22 13:11,14,16
   13:24 14:2,4,22
   17:16 18:6,6,9 19:1
   20:11,15 24:16
   26:24
ahead 15:24 16:24
ALAN 1:17
amount 15:5 25:4
   26:3
anybody 4:25
AOC 28:11
argument 24:12
arising 13:16
Arizona 22:10
aside 26:17
asking 14:9
aspect 25:15
assigned 28:3
Associates 2:7
assumption 15:10
Attorney 2:7
Avenue 1:23 2:13
aware 14:8,8
a/k/a 1:17,17

### B

B 2:1
back 22:11
based 25:4

basically 22:15
basis 15:14,14
Beach 10:7
behalf 5:1 7:25
believe 14:14 17:14
BENJAMIN 1:12
Bernstein 1:15,16
   3:15 5:23 6:2 7:18
   8:4,4 9:7,12,15,21
   9:23,25
better 17:17
Bible 5:5
borrowed 16:21
bought 13:1
breach 24:13,15,17
   25:14,19
brought 13:18
BROWN 1:11
BUCZYNSKI 2:2
buy 16:14 18:20
   21:13,22
buyer 6:20 7:13
   12:23 22:4,4,7
   25:11
buying 6:19 11:25
   13:11 21:24

### C

C 2:5 10:16
calculation 25:25
calculations 23:20
calls 13:14
Cambridge 18:20,21
   18:22,23 20:24,24
Carolyn 2:15
case 5:24 13:5 16:4
   17:3
cashed 25:12
certain 26:24
Certification 3:14
   5:23 6:2 9:21,25
   28:1
certified 25:8
certify 28:4
Ch 2:2
CHANCERY 1:1
CHANIE 1:4
CHARITY 1:18
check 3:13 8:16,25
   25:7

checked 17:19
Circuit 13:18
circumstances 24:19
cited 21:25 25:5
CITY 1:5
CIVIL 1:1
claiming 22:7
clear 24:21 25:20
clearly 14:18 16:5
   24:13
clerk 7:6 8:15 10:17
   18:1,25
client 14:11 15:5,11
   16:5,9 25:9
close 22:1
Colleen 2:12 28:3,11
come 5:4 12:2 13:2
   16:8 19:10
company 13:17 18:23
compensatory 25:14
compliance 28:6
conceivable 26:16
conduct 25:23
confirmations 20:23
consent 13:20
consider 26:23
consideration 25:2
continue 16:24
contract 7:2 12:14
   13:8 14:5 16:1,6
   24:13,21,24 25:1,15
   25:20
contribute 21:6,9
conversation 9:23
copies 7:7
copy 3:13 7:8 8:16
corporation 8:5
   17:12
Correct 7:21,25 8:5
   17:7
Counsel 5:18 7:6
   10:14 23:16
county 1:2,22 13:19
   13:19
course 13:24
court 1:1 4:3,7,14,16
   4:17,21,25 5:3,6,10
   5:12,15,17,21 6:1,5
   7:5,19,24 8:3,7 9:24

   10:10,13,16,18
   11:21 12:10 13:9,14
   13:18,24 14:3,7,9
   14:12,15,18,21,25
   15:3,7,13,22,24
   16:8,24 17:1,2,4,6,9
   17:11,17,24 18:24
   22:19,22 23:3,5,7,9
   23:13,15,21,24 24:2
   24:4,7,9,12,17
   25:13 26:1,6,12,14
   26:23 27:2
Courthouse 1:22
Courts 26:20
COURT'S 3:8
covered 13:23
cross 6:13,13 26:25
current 28:6
C-14-09 1:2
C.C.T 2:12 28:11

### D

D 3:1
Dade 13:18
damage 15:16 24:15
   25:14,24
damages 14:16 15:3
   15:6 16:23 23:17
   24:18 25:14 26:3,8
   26:11
date 1:24 4:11 8:25
   9:2 28:14
dated 9:25
Dauber 2:4
day 27:3
deal 20:7 22:20,20
deals 19:11
deed 3:18 12:6,11
   13:5 24:21 25:1
default 26:18
defaulting 4:5
Defendant 26:17
defendants 1:21 4:5
   5:1
deposit 5:25 8:12,23
   9:14,18,18 16:2,2,3
deposited 5:25 16:2,3
DIRECT 3:4 6:7
directly 22:12
discuss 8:21 9:14

discussion 24:3
dispute 13:15,20
DIVISION 1:1
DOCKET 1:2
document 6:23,24
   7:8,13 8:9,19 10:3
   11:6 17:22 18:3,12
   20:8,20
documents 18:17
   23:17
dollar 26:7
dollars 11:18 12:16
   13:2,3,6,8 14:11
   15:4,5,16,19,20
   16:7,15 18:14 19:8
   20:19,19 21:11
   22:15,19 23:18 24:1
   24:23 25:8 26:8,10
   26:11
doubt 24:13
driven 19:17
driver 19:18

**E**
E 2:1,1,5,5 3:1 5:7,7
   5:7
Eli 1:10 11:9
enhanced 26:19
enter 12:9 21:1
entered 8:14 10:7
   13:5 20:12 24:22
enticed 12:23 21:22
Epstein 2:4
escrow 7:17 8:3
Esq 1:12,16 2:6 3:15
Esqs 2:4
ESTATES 1:5,6,7
Evid 3:11
evidence 23:17 24:16
   24:18,22
evidenced 14:12
examination 6:7
   26:25
exchange 3:22 21:2
exercising 13:21
Exhibit 7:11 8:17
   10:1,16,19 12:11
   18:10 19:1 20:16
   21:3
EXHIBITS 3:11

explained 22:12,12

**F**
F 2:1
FAB 28:5
face 12:22 20:6
fact 5:24 6:4 12:24
faint 10:11
fake 24:21
fifties 6:17,17
figures 26:4
filed 5:24 6:3
final 26:2,2,9,12
fine 4:16 5:21 6:6
   17:3
finish 4:11
first 5:19 13:10 15:18
   21:7 25:19
five 18:16 19:6,6,8
Florida 8:4 10:7
   13:25 17:12 22:25
   25:3
follow 7:9
follow-up 4:22
foreclosed 16:23
foregoing 28:4
form 23:5 27:2
Format 28:7
formula 25:21
forward 5:4
found 12:25
four 10:17 19:7
FRANK 2:2
Frankel 19:18
fraud 14:5 17:14
   24:17 25:19,20
front 12:22 20:6
full 28:6
FUND 1:18
further 13:8 16:25
   22:18
future 25:23

**G**
Gayle 13:11
genuine 12:24
GILDA 1:6
give 19:12 25:11,24
given 8:12
go 15:24 16:24 17:11

   19:16
going 4:7 5:19 6:23
   12:15,16 15:17
   16:13 19:19 21:12
   23:9 25:16 26:3,25
GOLDSTEIN 1:18
good 5:18 26:14 27:3
great 7:7 10:18
Greenberg 2:4
guess 18:8 21:1 25:17

**H**
H 5:7
Hager 1:12,13 20:25
Hager's 18:22 20:25
hair 6:16
half 11:5,18 14:10,11
   14:24,25 15:4,5,16
   15:19,20 16:6,14
   22:20,24,25 23:18
   23:21 24:5 25:8
   26:7,8,11
Hampshire 20:13
   21:8
hand 5:5 7:6
HDW 1:13
hear 23:15
heard 4:25
hearing 1:5 4:4,4
HEMPSTEAD 1:19
hereto 13:20
hey 25:11
holding 9:18
HON 2:2
Honor 5:9 7:4 9:20
   11:19 18:25 23:14
Hooper 1:23

**I**
Ident 3:11
identification 6:6
   7:10 8:16 10:1,19
   11:22 12:11 18:9
   19:1 20:15 21:2
implausible 13:7,9
   24:25
inaudible 17:15
index 28:5
indicate 18:12 19:4
individual 26:19

individually 17:12,13
infer 24:18
inhibit 25:23
insisted 16:1
intention 21:24
interest 11:4
interrupt 16:21
introduce 9:20
invest 11:16 16:6
   20:18
invested 16:14 18:13
   19:25 21:16
investment 7:25
   11:24 16:18 17:9,15
investments 13:12
   22:13
involving 13:15
ISRAEL 1:16
issue 13:23 24:9
issues 26:21

**J**
Jan 2:6 4:2
Jean 23:2
jeans 6:16
Jersey 1:1,23 26:20
JOHN 1:19,19
JOSEPH 2:4
JR 2:2
Judge 5:2 10:9 13:4
   18:8 22:18 23:4
   26:13 27:1
judgment 13:4 23:16
   26:2,7,9,10
Judgments 26:2,16
   26:17,18
judicial 6:3 13:18
   28:7
June 1:24 6:11 9:6
jurisdiction 13:14,19
   13:21 14:21

**K**
keep 10:11
kind 25:23
KLI 7:25 11:24 12:16
   17:9,14
know 12:19 13:1,9
   16:25 20:4 21:20
   23:9 24:12 26:18,22

Konstam 1:13 20:25
KROHN 1:15

---

**L**

L 5:7
Lakewood 6:13
   14:19
late 6:17
Law 2:6 4:1
lawyers 18:21
legitimate 25:10
   26:21
lend 23:19
letter 9:21
liability 17:14
limited 17:14
litigants 26:24
LLC 1:11,12,13,19
located 21:7
London 16:22
look 6:15 26:20
looked 6:16
looking 13:10 17:11
luck 26:14

---

**M**

M 2:12 5:7,7 28:3,11
mail 4:17
major 16:23
Mallow 1:13 20:25
man 6:16
MANAGEMENT
   1:12
manager 7:25
managing 7:20,21
March 9:3 25:8
mark 6:5 7:5 10:9
   18:8 20:14
marked 7:8,10,10
   8:16,17,19 10:1,14
   10:19,19 11:20,22
   12:11 18:1,9 19:1
   20:16 21:2
marking 17:24 18:24
MATCH 1:4
mathematical 23:19
   25:21,24
matter 13:15,20
   23:22,24
mean 16:3 25:19

meet 6:8,10,12,18
meeting 6:21 9:11
Meir 1:15 6:8 7:3
   11:24 12:16 17:6,12
   23:16 24:5 26:6
Meisels 1:4,4 3:5
   5:11,16,17,17 20:23
Mercantile 18:21,21
   18:22,23 20:24
merits 26:21
Mescus 23:2
Meyer 2:6 4:2
Miami 10:7,7,24
   13:18
Michael 1:15,16 3:14
   5:23 6:2 8:4 9:7,21
   9:25
mill 13:6
million 11:5,18 12:16
   13:1,2,3,6,8 14:11
   14:22,24 15:4,5,16
   15:19,20 16:7,15
   18:14 19:7,7,8
   20:19,19 21:11
   22:19,20,24 23:18
   23:21 24:1,5,7,23
   24:24 25:8 26:7,8
   26:10,11
millions 22:15
misrepresentation
   25:20
moment 23:13
money 15:7,11 16:3
   16:20,21,22 21:16
   22:11 24:14 25:11
   25:12
monies 18:20 19:9,10
MONROE 1:5
months 25:9
MOSHE 1:4 3:5
Moshes 5:11
move 13:4 26:17
multiple 7:7
M-e-i-s-e-l-s 5:14

---

**N**

N 2:5 3:1
name 3:4 5:10,13
   28:14
nature 25:16

NEAPOLITAN 2:4
need 15:15 26:1
never 5:25 20:7 25:12
New 1:1,18,23 20:13
   21:8 26:20
NJ 2:14
non-compressed 28:8
non-military 4:10,12
notice 6:4
number 28:5,5,11
NY 1:7

---

**O**

O 2:1 5:7
objection 13:22
obvious 16:4
obviously 15:25
occur 15:16,17
Ocean 1:2,22
Office 4:1
offices 2:6 6:13,14
   9:13
okay 4:23,24 5:3,17
   8:7 10:13 15:24
   22:11 23:24 26:3,4
   26:12,13
ones 22:9
online 17:19
operating 3:21 18:6
   20:11,15
operation 13:17
Operator 2:15
Order 23:5 26:12
   27:3
ORDERED 2:3
organization 13:17
original 12:14

---

**P**

P 2:5,5 10:16
page 18:16,16
paid 11:3 12:6,7,8
   13:6,6 14:11 15:6,7
   15:9 19:4 24:22,25
   25:4
paragraph 18:15,16
PART 1:1
particular 18:15
   22:13
parties 13:20,23

partner 7:21
party 14:1
pass 10:14
pattern 12:20
payment 14:12
pays 14:22
people 12:21
perpetuate 14:5
personal 13:21
phonetic 23:2
pick 25:22
PINE 1:11,11
place 1:22 5:5 7:21
   13:11 24:23
Plaintiff 3:3 4:2 14:1
   17:18
Plaintiffs 1:8 2:7
PLAINTIFF'S 5:7
planned 25:6
planning 11:25
pleadings 26:19
please 5:4,12 7:5
plus 15:6 23:19 26:3
   26:10
point 1:5 25:9
POLLAK 1:17,17,17
   1:18
precise 25:25
PREMIER 1:7
prepared 28:6
present 17:3
President 8:4
previously 4:13 5:23
   6:3
price 11:1,3
prior 11:14
problem 25:13
proceed 4:4 5:18
proceeding 13:22
proceedings 28:4,7,8
PROJECTS 1:11,12
pronounce 5:15
proof 1:5 4:9,20
properties 1:6,7
   10:25 16:22 19:12
   19:20,25 22:3,6
property 6:19,20
   8:13 10:6,24 11:13
   11:15,17,25 12:15

Case 10-01591-RTL   Doc 10-3   Filed 09/07/10   Entered 09/07/10 18:25:44   Desc
Exhibit B   Transcript of Proof Hearing   Page 12 of 13

32

12:17 13:1,7 14:22
  15:8,11 16:14 18:7
  20:11,12,18 21:6,6
  21:10,13 24:23 25:7
proved 6:19
provide 7:8
punish 25:22
punitive 14:16 15:2,6
  23:19 24:10,18
  25:15,16,18,21,23
  25:25 26:3,8,11
purchase 8:13 11:3
  12:15,17,24 13:10
  19:19
purchaser 12:23
  21:22,23 22:1
purported 22:4 24:24
put 11:5
P-1 3:12 7:5,11 12:15
P-10 3:22 21:1,3
P-2 3:13 8:14,15,17
  8:19
P-3 3:14 9:20,24 10:1
P-4 3:16 10:9,13,14
  10:20,22,23 14:14
  14:15,18
P-5 3:17 11:20,21,22
  14:17
P-6 3:18 12:9,10,12
  13:5
P-7 3:19 17:25 18:1,8
  18:10
P-8 3:20 18:24,25
  19:2
P-9 3:21 20:14,16
P.A 1:16 8:4
P.C 1:13 2:7,13 28:13
P.J 2:2

**Q**
question 24:16 25:15
quite 13:3

**R**
R 2:1,5
ready 4:3
real 14:5 15:10 16:1
  25:11
really 11:25 12:16
  13:7 17:15 25:18

reason 16:17 26:21
  26:22
receive 15:21,22
received 10:1 11:22
  12:11 18:9 19:1
  20:15 21:2
recognize 6:24 8:9
  10:3 11:6 12:3,4
  17:22 18:3,17 20:8
  20:20
record 5:13 24:2,3
recorded 28:8
Recording 2:15
recover 15:11
regard 24:20
relating 13:16
remain 23:10
report 10:14
REPORTING 2:13
  28:13
represent 16:13
  24:22
representation 16:5
  16:18 19:24 20:2
  21:15,18
Representations
  24:14
represented 22:1
requirement 17:15
respect 13:21
rest 5:22
result 24:15 25:14
right 1:4 4:3,7,14 5:3
  5:18 7:19,20 17:19
  23:15 24:4 26:1
River 1:23 2:14
Riverside 7:21 10:25
  11:11 13:11 22:24
  24:23
Rubin 2:6 4:1,1,3,6
  4:12,15,19,24 5:2
  5:19,22 6:2,7 7:4,12
  7:22 8:1,6,8,14,18
  9:20 10:2,9,15,21
  11:19,23 12:9,13
  13:4,13 14:1,4,10
  14:14,16,20,24 15:2
  15:4,9,25 16:10,12
  16:25 17:5,8,10,13

17:19,21,25 18:2,8
  18:11 19:3 20:14,17
  21:1,4 22:18,25
  23:4,6,12,18,23
  24:1,6,8,11,20
  25:18 26:5,13 27:1
RULING 3:8

**S**
S 2:5 5:7,7,7,7
sale 13:10
sales 3:12 7:10 11:1
SANDRA 1:11
saw 21:23
says 13:15 17:16 25:2
seat 5:12
security 5:24 9:14
  16:2,21
see 8:25 12:23
sell 13:8 14:4
seller 7:15 14:6 16:1
  25:10
selling 6:20 25:7
sent 10:15 20:24,24
serve 4:17
service 2:13 4:8,9,10
  4:13,20 28:13
set 26:17
seven 15:19
SHAIN 1:11
sham 16:4
sheets 19:4,6
SHORE 2:13 28:13
Shortish 6:16
show 6:23 7:7
showed 12:14,25
shows 19:6 24:22
SIF 1:14
Siforov 1:14 5:20
  17:5 19:17,19 20:6
  21:12 22:4 23:25
  24:6 26:9
Siforov's 20:2
signed 7:13,15,17,20
  7:24
SIMCHA 1:10
SIMON 1:6
sir 5:10 23:7
sixties 6:17
sold 13:2 15:12

solicitor's 18:23
Solomon 2:6 4:1
somebody 24:25
  25:22
sorry 6:1 10:12,16
  12:2 16:10
sort 12:20
sounded 13:3
Southwest 10:24
speak 9:4,7
spell 5:12
spoke 25:9
stand 23:8,11
state 25:1
statute 25:5
step 23:7,12,13
street 6:13,14 10:24
subject 13:19
submit 4:10,21 6:3
  23:4 26:12 27:2
submitted 4:13 24:14
  26:16
suffered 15:15 16:23
suggest 24:17
suggestion 15:1
suit 13:15
summarizing 16:11
SUPERIOR 1:1
supported 23:17
supposed 15:18
sure 7:20

**T**
take 4:7,22,23
taken 16:22
Taouzer 1:15 5:19
  6:8 7:3,3,14,24 8:12
  8:21 9:4 11:24
  12:16 13:5 15:12
  16:5,13,18 17:5,6
  23:16,22 24:5,20
  25:7 26:6
tape 27:5 28:5
tax 25:5
taxes 25:4
telephone 9:22
tell 5:6 8:23 15:14,15
  19:19 21:12 25:3
ten 18:14 20:19,19
  21:11 22:15,19 23:1

| | | | |
|---|---|---|---|
| 23:1<br>**TERRACE** 1:19<br>test 26:25<br>testimony 4:8,11,23<br>**Thank** 10:18 23:3,4<br>   23:14 26:13,14 27:1<br>   27:2,4<br>thing 10:10<br>things 20:5 25:3<br>think 25:21<br>**Third** 10:24<br>thought 15:17 16:10<br>three 11:5,18 13:1,2<br>   14:10,10,22,24,25<br>   15:4,5,15,19,20<br>   16:6,14 19:7 22:20<br>   22:23,25 23:18,21<br>   24:5 25:9 26:7<br>**Tobago** 2:13<br>today 4:9,11<br>told 25:10<br>**Toms** 1:23 2:14<br>total 26:4<br>totaling 19:7<br>**TOV** 1:6<br>transaction 15:10<br>   16:4,15<br>transactions 21:25<br>transcriber 2:12 28:3<br>transcript 1:4 2:3<br>   28:4,6,8<br>transferred 18:20<br>transpired 20:7<br>**TRANSPORTATI...**<br>   1:14<br>true 20:2 21:18 28:7<br>truth 5:6<br>try 26:20<br>**Tucker** 2:4<br>**Tweed** 2:15<br>two 25:8 26:4,8,11<br><br>**U**<br>ultimately 15:12<br>understand 14:3,7<br>   15:13 26:15<br>unfortunately 4:19<br>use 20:6<br><br>**V** | various 21:21<br>**Vaughn** 2:12 28:3,11<br>venue 13:15,22<br>**Vladimir** 1:14 21:12<br>   23:25 24:6<br>voice 10:11<br>vs 1:9<br><br>**W**<br>waive 13:22<br>want 5:22 6:5 9:20<br>   13:17 14:7,8 17:3<br>   23:10<br>wanted 6:3 16:6<br>wants 17:1<br>wasn't 12:24,24<br>   17:20 21:23<br>way 25:3<br>**Weinstein** 1:10 6:22<br>   7:2,16,20 8:20<br>   10:23 11:9 12:8,15<br>   12:21 13:6 14:18<br>   18:7 19:17,22,22<br>   20:6,12 21:13,16,25<br>   24:22 25:6,10<br>**Weinstein's** 6:14<br>   19:18<br>weren't 26:22<br>we're 6:20<br>whitish 6:16<br>**Wildwood** 18:7,13<br>   19:5,14 22:10,12,21<br>   23:1,1<br>wire 3:22 20:23 21:2<br>witness 3:3 4:23 5:7,9<br>   5:11,14,16 7:7,23<br>   8:2 9:22 10:12<br>   14:17 15:18,23<br>   22:21,23 23:8,10,10<br>   23:14 27:4<br>words 15:15<br>work 25:3<br><br>**X**<br>X 3:1<br><br>**Y**<br>**YEHUDA** 1:18<br>**YISROEL** 1:17<br>**YOSEF** 1:15 | **$**<br>$10 25:2<br>$15,300 25:4<br>$2,500,000 8:16<br>$500 15:6<br><br>**0**<br>07 6:11 9:3 25:9<br>08753 1:23 2:14<br><br>**1**<br>1-10 1:19<br>10 3:16<br>11 3:17<br>11th 13:18<br>11-20 1:20<br>12 3:18<br>120 1:23<br>13th 9:3<br>1770 28:5<br>18 3:19<br>182-09 28:5<br>19 1:24 3:20<br><br>**2**<br>2 28:5<br>20 3:21 24:1,7 26:10<br>2005 1:13<br>2009 1:24<br>21 3:22<br>230 10:24<br>25 11:2 12:16 13:2,8<br>   24:24<br>26 3:8<br>29 2:13<br><br>**3**<br>3.4 13:6,6 24:23 25:1<br>   25:4<br>3/20/07 9:25<br>3500 26:7<br><br>**4**<br>4.3 19:7<br><br>**5**<br>5.2 19:7<br>5.5 19:8<br>5.8 19:8 | **6**<br>6 3:5<br>6.29.09 28:13<br><br>**7**<br>7 3:12<br><br>**8**<br>8 3:13 18:16<br>805 6:13<br><br>**9**<br>9 3:15 |