Order Filed on
9/10/2010
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                            :    Chapter 7
In Re:                                                      :
                                                            :
VLADIMIR SIFOROV a/k/a                                      :    Case No. 10-16766-RTL
VLADIMIR N. SIFOROV                                         :
                                                            :
        Debtor,                                             :
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                            :    Adversary Proceeding No. 10-1591
MOSHE MEISELS, CHANI MEISELS,                               :
PREMIER ESTATES NY, INC., RIGHT                             :
MATCH, LTD., MONROE ESTATES,                                :
LTD., CITY POINT PROPERTIES, LTD.,                          :
GILDA ESTATES, LTD. and SIMON                               :
TOV PROPERTIES, LTD.,                                       :
                              Plaintiffs,                   :
                                                            :
VLADIMIR SIFOROV,                                           :
                              Defendant.                    :
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

**ORDER FOR DEFAULT JUDGMENT AGAINST DEFENDANT VLADIMIR SIFOROV**

The relief set forth on the following pages, numbered two (2), is hereby **ORDERED**.

**DATED: 9/10/2010**

_Raymond T. Lyons_
Honorable Judge Raymond T. Lyons
United States Bankruptcy Judge

Debtor:          Vladimir Siforov
Case No.:        10-16766-RTL
Adv. Pro No.:    10-1591
Caption of Order: Order for Default Judgment against Defendant Vladimir Siforov

---

THIS MATTER having been opened to the Court by Plaintiffs, Moshe Meisels, Chani Meisels, Premier Estates NY, Inc., Right Match, Ltd., Monroe Estates, Ltd., City Point Properties, Ltd., Gilda Estates, Ltd. and Simon Tov Properties, Ltd., ("Plaintiffs") by and through their attorneys, Law Offices of Jan Meyer & Associates, P.C. upon the filing of an Application for entry of a Default Judgment pursuant to Fed. R. Civ. P. 55(b), Fed. R. Bankr. Pro. 7055(b), and D.N.J. LBR 7055-1(b) and the related Declaration of Solomon Rubin; and the Court having considered such pleadings; and other good and sufficient cause existing for the making and entry of the within Order;

IT IS HEREBY ORDERED that Judgment that Plaintiffs obtained in the New Jersey State Court action captioned *Meisels et. al. v. Weinstein et. al.*, OCN-C-14-09 is not dischargeable in this bankruptcy proceeding on account of U.S.C. § 523(a)(2)(A). Said Judgment remains in full effect as per New Jersey state law. Said Judgment remains in full effect as per New Jersey state law.

*Approved by Judge Raymond T. Lyons  September 10, 2010*