Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:  Vladimir Siforov
Debtor

                                            Case No.: 10–16766–RTL
                                            Chapter 7

Moshe Meisels
Plaintiff

v.

Vladimir Siforov
Defendant

Adv. Proc. No. 10–01591–RTL                       Judge: Raymond T. Lyons Jr.

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

    Please be advised that on September 10, 2010, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 12 – 10
Order For Default Judgment Against Defendant, Vladimir Siforov RE: Plaintiff's Application (Related Doc # [10]). The following parties were served: Plaintiff's Attorney, Defendant. Signed on 9/10/2010. (nmd)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 10, 2010
JJW: nmd

                                                                         James J. Waldron
                                                                         Clerk